# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE BROWN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:11-cv-01607-JEJ** |
| ) | |
| APOTHAKER & ASSOCIATES, P.C., ) | |
| ) | |
| Defendant ) | |

## ORDER

AND NOW on this _____ day of _____, 2011, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's Opposition thereto, it is hereby ORDERED and DECREED that Defendant's Motion is DENIED.

_____
J.