# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE BROWN,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>APOTHAKER & ASSOCIATES, P.C.,  )<br>)<br>Defendant  ) | Case No.: 1:11-cv-1607-JAS |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Richard A. Kessler  
Richard A. Kessler, Esquire  
Centre Square – West Tower  
1500 Market Street, 41st Floor  
Phone: (215) 735-8000  
Facsimile: (215) 735-3366  
Email: rkessler@kesslerlaw.us  
Attorney for the Defendant  

Date: February 14, 2012

/S/ Craig Thor Kimmel  
Craig Thor Kimmel, Esquire  
Kimmel & Silverman, P.C.  
30 E. Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Facsimile: (877) 788-2864  
Email: kimmel@creditlaw.com  
Attorney for the Plaintiff  

Date: February 14, 2012

BY THE COURT:

_____  
                                         J.